03-00189
USDC RI
Judge E. Torres

# MANDATE

# United States Court of Appeals

## For the First Circuit

---

No.05-1538

COMMERCIAL UNION INSURANCE COMPANY,

Petitioner - Appellant,

v.

DEAN PESANTE,

Respondent - Appellee.

---

**JUDGMENT**

**Entered: June 10, 2005**

Upon consideration of appellant's unopposed motion,

It is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with appellant to bear any incurred costs.

Mandate to issue forthwith.

By the Court:
Richard Cushing Donovan, Clerk

**JULIE GREGG**

By: ______________________
Operations Manager

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

M. Bud

Deputy Clerk

Date: 6/10/05

[cc: Robert J. Murphy, Esq., Stephen Morrissey, Esq.]