RECEIVED
JUN 22 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**COMMERCIAL UNION INSURANCE COMPANY,**
**Petitioner**

**v.**

**DEAN PESANTE,**
**Respondent**

**CIVIL ACTION**
**NO.: 03-189-T**

## DISMISSAL STIPULATION

By agreement of the parties, Respondent Dean Pesante's counterclaims may be dismissed without prejudice, no interest or costs.

DEAN PESANTE
By his attorney,

Stephen T. Morrissey /WP

Stephen T. Morrissey RI Bar # 3316
57 Columbia Street
Wakefield, RI 02879
401-789-9400
401-783-1647 (f)

COMMERCIAL UNION INSURANCE CO
By its attorneys,

Seth S. Holbrook

Seth S. Holbrook, RI Bar # 5677
HOLBROOK & MURPHY
150 Federal Street, 12th Floor
Boston, MA 02110
617-428-1151
617-443-1696 (f)

ENTER Ernest C. Torres
Ernest C. Torres
Chief, U.S. [illegible]
DATE 6/24/04

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 6-21-05

Seth S. Holbrook