UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
JUL 15 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| COMMERCIAL UNION INSURANCE COMPANY, Petitioner | ) | |
| v. | ) | CIVIL ACTION NO.: 03-189-T |
| DEAN PESANTE, Respondent | ) | |

**JUDGMENT**

This action came before the Court, Honorable Ernest C. Torres, United States District Court for the District of Rhode Island, presiding, on Commercial Union Insurance Company's Petition for Declaratory Judgment that it is not liable on a marine insurance policy issued to the Respondent, Dean Pesante (hereinafter "Pesante"), because Pesante breached an express warranty that the covered vessel would be used only for lobstering.

The issues having been duly heard upon petitioner's motion and supporting affidavit for summary judgment against respondent and upon respondent's opposition to summary judgment and counteraffidavit; the parties being represented by their respective attorneys; and the Court having considered the pleadings on file, together with said motions, affidavits and being fully advised in the premises:

Now, therefore, the Court finds that it has jurisdiction over the parties hereto and the subject matter hereof; that the pleadings on file and affidavits on said motions, show that there are no genuine issues as to any material fact which would prevent the entry of judgment. More specifically, there is no evidence that Pesante's breach of warranty had any causal connection with the loss or that Pesante engaged in any fraudulent misrepresentations.

It is Ordered and Adjudged:

That all relief be denied on Commercial Union Insurance Company's Petition for Declaratory Judgment, with no costs recovered by the respondent or petitioner.

Dated at Providence, Rhode Island, this 19th day of July, 2005.

Entered: Ernest C Torres
Honorable Ernest C. Torres