**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **COMMERCIAL UNION INSURANCE COMPANY,** <br> **Petitioner** <br><br> **v.** <br><br> **DEAN PESANTE,** <br> **Respondent** | **CIVIL ACTION NO.: 03-189T** |

**NOTICE OF APPEAL**

NOW COMES the Petitioner, Commercial Union Insurance Company, in the above entitled action, by its attorneys, Holbrook & Murphy, and respectfully appeals to the United States Court of Appeals for the First Circuit from the Judgment of the District Court for the District of Rhode Island, dated July 19, 2005, in favor of the Respondent and against the Petitioner.

Notice is further given that the Petitioner, Commercial Union Insurance Company, appeals to the United States Court of Appeals for the First Circuit from the denial of its Motion for Summary Judgment by the District Court for the District of Rhode Island dated March 3, 2005.

Notice is further given that the Petitioner, Commercial Union Insurance Company, appeals to the United States Court of Appeals for the First Circuit from the finding of the District Court for the District of Rhode Island dated March 3, 2005, holding that a breach of warranty in a commercial marine insurance policy must be causally related to the loss for the insurer to deny coverage.

Notice if further given that the Petitioner, Commercial Union Insurance Company, appeals to the United States Court of Appeals for the First Circuit from the finding of the District Court

for the District of Rhode Island dated March 3, 2005, holding that a material breach of an express warranty in a commercial marine insurance policy did not entitle the insurer to deny coverage.

The parties to the Judgment appealed from and the names and addresses of their respective attorneys are as follows:

DEAN PESANTE
c/o Stephen Morrissey
Law Office of Stephen T. Morrissey
57 Columbia Street
Wakefield, RI 02879

COMMERCIAL UNION
INSURANCE COMPANY,
By its attorneys,

Seth S. Holbrook, RI # 5677
HOLBROOK & MURPHY
150 Federal Street, 12th Floor
Boston, MA 02110
617-428-1151

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail ~~(by hand)~~ on 7-25-05