# United States Court of Appeals
## For the First Circuit

---

No. 05-2151

CA 03-79T

COMMERCIAL UNION INSURANCE COMPANY,

Petitioner, Appellant,

v.

DEAN PESANTE,

Respondent, Appellee.

---

**JUDGMENT**

Entered: August 9, 2006

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is reversed and entry of judgment for Commercial Union is directed.

By the Court:
Richard Cushing Donovan, Clerk

JULIE GREGG

By: ______________________
Julie Gregg, Operations Manager

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: S. Calando Date: 8-9-06

[certified copies: Hon. Ernest E. Torres, David DiMarzio, Clerk]
[cc: Mr. Holbrook, Mr. Murphy, Mr. Morrissey]