# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

Commericial Union Insurance Company,
Plaintiff

vs. C.A. No. 03-189T

Dean Pesante,
Defendants

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

Pursuant to a Mandate issued by the United States Court of Appeals for the First Circuit on August 9, 2006, judgment hereby enters for Plaintiff Commercial Union Insurance Company ("Commercial Union") and against Defendant Dean Pesante ("Pesante") declaring that Commercial Union's policy does not afford coverage to Pesante for any claims against Pesante resulting from the incident described in the Complaint.

Enter:

Deputy Clerk

Dated: September 19, 2006